UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSEMARY MCCOY, and
SHEILA SINGLETON,

    *Plaintiffs*,

v.                              Case No. 4:19cv304-MW/GRJ

RONALD DESANTIS, ET AL.,

    *Defendants*.

_____/

**ORDER CONSOLIDATING REASSIGNED
CASE WITH COMMON DOCKET**

On Monday, Plaintiffs filed a lawsuit, Case No. 4:19cv304, that challenges portions of S.B. 7066. The matter was randomly assigned to Judge Robert Hinkle. Judge Hinkle has reassigned that case to the undersigned in the interests of judicial economy and in accordance with this Court's standard procedure in closely related matters. *See* ECF No. 3. The reassigned case shall be consolidated with 4:19cv300, which consists of three cases this Court consolidated by separate order on Sunday.

Accordingly,

**IT IS ORDERED:**

1. The Clerk is directed to take all necessary steps to consolidate Case No. 4:19cv304 with Case No. 4:19cv300, the common docket, for the

1

purposes of case management. The Clerk is directed to connect all lawyers from the consolidated case to Case No. 4:19cv300. A paper that is applicable to the consolidated case must be filed in the common docket and must not be filed separately.

2. The Clerk is directed to notify counsel in 4:19cv304 of the telephonic status hearing currently scheduled for July 5, 2019.

**SO ORDERED on July 2, 2019.**

**s/Mark E. Walker**　　　　
**Chief United States District Judge**
